UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH FRANK ANDRADE                    CIVIL ACTION

VERSUS

WAYNE T. STEWART, ET AL.                NO. 20-00886-BAJ-SDJ

RULING AND ORDER

Before the Court is Defendants Wayne T. Stewart and the law firm of Hammonds, Sills, Adkins and Guice, L.L.P.'s (hereinafter "Defendants") **Motion to Dismiss. (Doc. 8).** Plaintiff opposes the Motion. (Doc. 12). Defendants filed a Reply. (Doc. 14).

The Magistrate Judge issued a **Report and Recommendation (Doc. 21),** recommending that the Court deny Defendants' Motion to Dismiss (Doc. 8) as moot. The Magistrate Judge also recommended that the Court order Plaintiff to file a comprehensive version of his Complaint within 14 days of the issuance of this Ruling and Order.[1] (Doc. 21, p. 3). There are no objections to the Report and Recommendation.

Having carefully considered the Motion at issue, the underlying Complaint,

---

[1] The Magistrate Judge also recommended that the Court order Plaintiff to file the "certified record of administrative proceedings from the due process hearing" within 45 days of the issuance of this Ruling and Order. (Doc. 21, p. 3). After the Magistrate Judge issued the Report and Recommendation, however, Plaintiff moved to file the administrative record conventionally. (Doc. 23). Plaintiff's Motion is currently pending before the Magistrate Judge. Accordingly, this recommendation is now moot.

1

and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants Wayne T. Stewart and the law firm of Hammonds, Sills, Adkins and Guice, L.L.P.'s **Motion to Dismiss (Doc. 8)** is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a Motion to Substitute his Amended Complaint (Doc. 13) with a comprehensive version of his Complaint within 14 days of the issuance of this Ruling and Order.

Baton Rouge, Louisiana, this 18th of August, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**