UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH FRANK ANDRADE                             CIVIL ACTION

VERSUS

WAYNE T. STEWART, ET AL.                         NO. 20-00886-BAJ-SDJ

## RULING AND ORDER

Before the Court is Defendants Wayne T. Stewart, the law firm of Hammonds, Sills, Adkins and Guice, L.L.P., East Baton Rouge Parish School Board; Warren Drake; Elizabeth Taylor Chapman; Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Janice Lindsey; and Dara Weidman's (hereinafter "Defendants") **Motion to Dismiss (Doc. 15).** Plaintiff opposes the Motion. (Doc. 18). Defendants filed a Reply. (Doc. 19).

The Magistrate Judge issued a **Report and Recommendation (Doc. 43),** recommending that the Motion be granted in part and denied in part. Plaintiff failed to timely object to the Report and Recommendation.[1] (Doc. 44). The Magistrate Judge

---

[1] The Court notes that Plaintiff filed an untimely Objection to the Report and Recommendation. (Doc. 44). In the Report, however, the Magistrate Judge emphasized the following:

> Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE

1

recommends the following.

First, the Magistrate Judge recommends that the Court deny Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400–1491, as to Defendant East Baton Rouge Parish School Board. (*Id.* at 15).

Second, the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under the IDEA, as to all other Defendants: Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey. (*Id.*).

Third, the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under 42 U.S.C. § 1983 as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey. (*Id.*).

Fourth, the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son,

---

WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT. (Doc. 43, p. 1). Accordingly, the Court cannot now consider Plaintiff's untimely objection.

under 42 U.S.C. § 1985 as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey. (*Id.*).

Fifth, the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for intentional infliction of emotional distress, fraudulent misrepresentation, and nonfeasance, as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey. (*Id.* at 15–16).

Sixth, the Magistrate Judge recommends that the Court grant Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for negligent misrepresentation as to Defendants: Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey. (*Id.* at 16).

Finally, the Magistrate Judge recommends that the Court deny Defendants' Motion to Dismiss Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for negligent misrepresentation as to Defendant East Baton Rouge Parish School Board. (*Id.*).

3

Having carefully considered the Motion at issue, the underlying Complaint, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400–1491, is **DENIED** as to Defendant East Baton Rouge Parish School Board.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually and on behalf of his minor son, under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400–1491, is **GRANTED** as to all other Defendants: Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under 42 U.S.C. § 1983 is **GRANTED** as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under

4

42 U.S.C. § 1985 is **GRANTED** as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for intentional infliction of emotional distress, fraudulent misrepresentation, and nonfeasance is **GRANTED** as to all Defendants: East Baton Rouge Parish School Board; Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for negligent misrepresentation, is **GRANTED** as to Defendants: Wayne T. Stewart; Hammonds, Sills & Guice, LLP; Warren Drake; Elizabeth Taylor Chapman; Dr. Kashunda Lynn Williams; Susan Stevens; Mary Kay Sonnier; Dara Weidman; and Janice Lindsey.

**IT IS FURTHER ORDERED** that Defendants' **Motion to Dismiss (Doc. 15)** Plaintiff's claims, both individually, and on behalf of his minor son, under Louisiana tort law for negligent misrepresentation, is **DENIED** as to Defendant East Baton Rouge Parish School Board.

Baton Rouge, Louisiana, this 10th of March, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA